AO 44 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                                       District of                    ALABAMA, EASTERN DIVISION

CURTIS BAILEY, individually, and
ALLISON VINES, individually,

**SUMMONS IN A CIVIL ACTION**

V.

WILLIAM BERT CHAMBERS, III, individually,
and CARTHAGE MARINE TRANSPORT, a corp.

CASE NUMBER:   3:07-cv-791-MH1

TO: (Name and address of Defendant)

Mr. William Bert Chambers, III
616 Fort Perry Road
Box Springs, Georgia 31801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy L. Knowles, Esq.
Attorney for Plaintiffs
Morris, Haynes & Hornsby
131 Main Street
Alexander City, Alabama 35010

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK                                                    DATE    September 4, 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                              Date                                          *Signature of Server*


                                                          _____
                                                          *Address of Server*

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

3:07cv794-MHT
9\5\07
Postmark
Here

7002 0350 0004 1619 0382

Sent To
Mr. William Bert Chambers, III
Street, Apt. No.; or PO Box No.
616 Fort Perry Road
City, State, ZIP+4
Box Springs, Georgia 31801

PS Form 3800, June 2002                      See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA, EASTERN DIVISION_____

CURTIS BAILEY, individually, and
ALLISON VINES, individually,

V.

WILLIAM BERT CHAMBERS, III, individually,
and CARTHAGE MARINE TRANSPORT, a corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    3:07-cv- 791-MHT

TO: (Name and address of Defendant)

Carthage Marine Transport
8499 County Road 10
Socoixie, Missouri 64862

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy L. Knowles, Esq.
Attorney for Plaintiffs
Morris, Haynes & Hornsby
131 Main Street
Alexander City, Alabama 35010

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_Danna M. Norfleet_

(BY) DEPUTY CLERK

_September 4, 2007_

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    Signature of Server

                                   _____
                                   Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

3:07cv791-MHT
9-5-07
Postmark Here

Sent To: **Carthage Marine Transport**
Street, Apt. No.; or PO Box No. **8499 County Road 10**
City, State, ZIP+4 **Socoixie, Missouri 64862**

7006 0810 0004 4619 0375

PS Form 3800, June 2002         See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.