Bailey

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): B Chambers   C. Date of Delivery: 7/6/17 |
| 1. Article Addressed to:<br><br>Mr. William Bert Chambers, III<br>616 Fort Perry Road<br>Box Springs, Georgia 31801<br><br>3:07cv791-MHT (cmpl smo) | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0004 1619 0382 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540