IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CURTIS BAILEY, )<br>individually, and )<br>ALLISON VINES, )<br>individually, )<br> )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>WILLIAM BERT CHAMBERS, )<br>III, individually, and )<br>CARTHAGE MARINE TRANSPORT, )<br>a corporation, )<br> )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:07cv791-MHT |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 5) is denied.

DONE, this the 3rd day of October, 2007.

　　　　　　　　　　　　　   /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE