**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CURTIS BAILEY and** | ) | |
| **ALLISON VINES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 3:07-CV-791** |
| | ) | |
| **WILLIAM BERT CHAMBERS III,** | ) | |
| **CARTHAGE MARINE TRANSPORT,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW **William Bert Chambers III**, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                    **Relationship to Party**

Date: October 2, 2007            s/ Robert C. Black, Jr.
                                 ROBERT C. BLACK, JR.
                                 ASB-6459-C62R
                                 Attorney for Defendants William Bert
                                 Chambers III and Carthage Marine
                                 Transport

OF COUNSEL:

HILL, HILL, CARTER,
  FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone:  (334) 834-7600
Facsimile:  (334) 832-7419
Email:      Rcblackjr@hillhillcarter.com

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that I have served a copy of the foregoing document on the following by United States mail, postage prepaid and properly addressed or by electronically filing with the Clerk of the Court using the AlaFile which will send notification to the following on this the 2nd day of October, 2007:

Daine Sharpe, Esq.
E. DAINE SHARPE, P.C.
134 N. Broadnax Street
Dadeville, Alabama 36853
E-mail:     sharpeatty1@bellsouth.net

Jeremy L. Knowles, Esq.
MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, Alabama 35010
E-mail:  jknowles@morrishaynesandhornsby.com

*/s/ Robert C. Black, Jr.*
OF COUNSEL