IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CURTIS BAILEY, individually, and ALLISON VINES, individually,     Plaintiffs, <br><br> v. <br><br> WILLIAM BERT CHAMBERS, III, individually, and CARTHAGE MARINE TRANSPORT,     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO.: 3:07-cv-791

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on Monday, October 15, 2007, via telephone conference and was attended by:

    Jeremy Knowles on behalf of the plaintiffs, Curtis Bailey and Allison Vines ("Plaintiffs").

    Robert Coleman Black, Jr. on behalf of the defendants, William Bert Chambers, III, and Carthage Marine Transport ("Defendants").

2.  <u>Pre-Discovery Disclosures.</u>  The parties will exchange the information required by Fed. R. Civ. P. 26(a) (1) by November 16, 2007.

3.  <u>Discovery Plan.</u>  The parties jointly propose to the court the following discovery plan.

    Discovery will be needed on the following subjects:

The extent and nature of injuries and claims and defenses of the parties.

All discovery commenced in time to be completed by August 15, 2008.

Maximum of 40 interrogatories by each party to any other party.

Maximum of 40 requests for admission by each party to any other party.

Maximum of 40 requests for production by each party to any other party.

Maximum of 8 depositions by the plaintiff and 8 by each defendant. (Each deposition limited to 4 hours or less unless extended by agreement of all parties.)

Reports from retained experts under Rule 26(a)(2) are due:

From plaintiffs by May 1, 2008 and plaintiffs' expert(s) deposed by June 1, 2008.

From defendants by June 1, 2008 and defendants' expert(s) deposed by July 1, 2008.

4.   **Other items:**

The parties do not request a conference with the Court before entry of the Scheduling Order.

Plaintiffs should be allowed until February 1, 2008 to join additional parties.

Defendants should be allowed until March 1, 2008 to join additional

parties.

All potentially dispositive motions should be filed by June 1, 2008.

Settlement cannot be realistically evaluated until after the initial disclosures have been provided.

Final lists of trial evidence including witnesses and exhibits under Rule 26(a)(3) shall be due twenty (20) days before trial. The parties shall have seven (7) days to list any objections under Rule 26(a)(3).

This case should be ready for trial by October 6, 2008 and is expected to take approximately two (2) to three (3) trial days.

Dated this the 22nd day of October, 2007.

                                                /s/ JEREMY KNOWLES
                                                Jeremy Knowles, KNO016
                                                Attorney for Plaintiffs
                                                Curtis Bailey and Allison Vines
                                                Morris, Haynes & Hornsby
                                                Post Office Box 1660
                                                Alexander City, Alabama 35011-1660
                                                Telephone: (256) 329-2000
                                                Facsimile: (256) 329-2015
                                                Email: jknowles@morrishaynesandhornsby.com

/s/ ROBERT COLEMAN BLACK, JR.
Robert Coleman Black , Jr.
Attorney for Defendants
William Bert Chambers, III, and Carthage Marine Transport
Hill, Hill, Carter,
 Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone: (334) 834-7600
Fax: (334) 832-7419
Email: rcblackjr@hillhillcarter.com