IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CURTIS BAILEY and ALLISON VINES, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO.: 3:07-cv-791 |
| WILLIAM BERT CHAMBERS, III, CARTHAGE MARINE TRANSPORT, et al., | ) ) ) ) ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW **Curtis Bailey and Allison Vines**, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported.

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity          Relationship to Party


Date: November 29, 2007        s/ Jeremy Knowles
                               JEREMY KNOWLES
                               ASB-3065-W86J
                               Attorney for Plaintiffs
                               Curtis Bailey and Allison Vines

MORRIS, HAYNES & HORNSBY
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: (256) 329-2000
Facsimile:   (256) 329-2015
Email: jknowles@morrishaynesandhornsby.com

OF COUNSEL:

Daine Sharpe, Esq.
E. DAINE SHARPE, P.C.
134 North Broadnax Street
Dadeville, Alabama 36853
Telephone: (256) 825-4631
Facsimile: (256) 825-8825
E-mail: sharpeatty1@bellsouth.net

## CERTIFICATE OF SERVICE

     I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Coleman Black , Jr.
HILL, HILL, CARTER
 FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone: (334) 834-7600
Facsimile:  (334) 832-7419
E-mail: Rcblackjr@hillhillcarter.com

                                      s/  Jeremy Knowles
                                      Of Counsel