IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CURTIS BAILEY, individually, and ALLISON VINES, individually, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO.: 3:07-cv-791 |
| WILLIAM BERT CHAMBERS, III, individually, and CARTHAGE MARINE TRANSPORT, ) ) ) ) ) | |
| Defendants. ) | |

### PLAINTIFF'S FIRST NOTICE OF TAKING THE VIDEO DEPOSITION OF DR. JOHN D. DORCHAK

**TO:** Mr. Robert Coleman Black , Jr.
Mr. Doy Leale McCall, III
Hill, Hill, Carter,
Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116

**DEPONENT:** Dr. John D. Dorchak

**DATE:** Monday, June 16 2008
6:00 p.m. (E.S.T.)

**PLACE:** The Hughston Sports Medicine Foundation
6262 Veterans Parkway
Columbus, Georgia 31908
(VIP Room) When entering the building, 1st door on your right.
706-324-6661

**RESPONSIBLE FOR THE COURT REPORTER & VIDEOGRAPHER:** Jeremy Knowles

  **PLEASE TAKE NOTICE**   that the Plaintiff's attorney will take the video deposition of the deponent named above on **Monday, June 16, 2008 beginning at 6:00 p.m. (E.S.T.)** in the offices of **The Hughston Sports and Medicine Foundation, 6262 Veterans Parkway, Columbus, Georgia 31908,** upon oral examination pursuant to the *Federal*

*Rules of Civil Procedure*, before an Official Court Reporter or before some other officer duly authorized by law to take depositions.  The oral examination will continue from day to day until completed and you are invited to attend if you desire.  The deposition once taken may be used for any purpose allowable under the *Federal Rules of Civil Procedure* or for any other purpose.

      Respectfully submitted on this the 6th day of June, 2008.

**MORRIS, HAYNES & HORNSBY**

/s/ Jeremy Knowles
JEREMY KNOWLES (KNO016)
Attorney for Plaintiffs

OF COUNSEL:

131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: (256) 329-2000
Facsimile:  (256) 329-2015


Mr. E. Daine Sharpe
E. Daine Sharpe, P.C.
134 North Broadnax Street
Dadeville, Alabama 36853
Telephone: (256) 825-4631
Facsimile:  (256) 825-8825

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all Attorneys of Record in the above styled cause by placing a copy of the same, properly addressed and postage prepaid, in the United States Mail on this the 6th day of June, 2008.

Robert Coleman Black , Jr.
Mr. Doy Leale McCall, III
Hill, Hill, Carter,
Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116

/s/ Jeremy Knowles
Of Counsel