IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CURTIS BAILEY, individually, and** ) | |
| **ALLISON VINES, individually,** ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE NO.: 3:07-cv-791 |
| ) | |
| **WILLIAM BERT CHAMBERS, III,** ) | |
| **individually, and CARTHAGE** ) | |
| **MARINE TRANSPORT,** ) | |
|     **Defendants.** ) | |

**REQUESTS FOR ADMISSION TO DEFENDANT
CARTHAGE MARINE TRASNPORT**

Pursuant to Federal Rules of Civil Procedure 36, you are requested to admit or deny the following statements.  The matter is admitted unless, within 30 days after service of the request, or within such shorter or longer time as the court may allow or as the parties may agree to in writing, subject to Rule 29, the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter signed by the party or by the party's attorney.  If an objection is made, the reason therefore shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter.  A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an answer or deny only a part of the matter of which an admission is requested, the party shall specify so much of it as is true and qualify or deny the remainder.  An answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless the party states that the party has made reasonable inquiry and that the information known or

readily obtainable by the party is insufficient to enable the party to admit or deny.  A party who considers that a matter of which an admission has been requested presents a genuine issue for trial may not, on that ground alone, object to the request; the party may, subject to the provisions of Rule 37(c), deny the matter or set forth reasons why the party cannot admit or deny it.

Defendant Carthage Marine Transport is requested to admit the following:

1. Admit or deny that Carthage Marine Transport and William Chambers were required to comply with the D.O.T.'s Federal Motor Carrier Safety Regulations.

**RESPONSE:**

2. Admit or deny that subpart E-Physical Qualifications and Examinations §391.41 Physical qualifications for driver provides for certain medical or physical conditions necessary to qualify to drive a commercial motor vehicle.

**RESPONSE:**

3. Admit or deny that §391.41(b)(3) provides that a person is not physically qualified to drive a commercial motor vehicle if that person has an established medical history or clinical diagnosis of diabetes mellitus requiring insulin for control.

**RESPONSE:**

4. Admit or deny that William Chamber has had an established medical history of diabetes which requires insulin for control.

**RESPONSE:**

5. Admit or deny that for approximately the last thirteen (13) years William Chambers has had diabetes which requires daily insulin injections.

**RESPONSE:**

6. Admit or deny that at all times, while employed by or while working under lease

with Carthage Marine Transport, William Chambers was not qualified to drive pursuant to §391.41(b)(3).

**RESPONSE:**


7.   Admit or deny that William Chambers testified under oath in deposition that he has been on daily insulin since 1995.

**RESPONSE:**


   DONE this the 6th day of June, 2008.


                                    **MORRIS, HAYNES & HORNSBY**


                                    /s/ Jeremy Knowles
                                    JEREMY KNOWLES (KNO016)
                                    Attorney for Plaintiffs

OF COUNSEL:
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone:   (256) 329-2000

Mr. E. Daine Sharpe
E. Daine Sharpe, P.C.
134 North Broadnax Street
Dadeville, Alabama 36853
Telephone:  (256) 825-4631
Facsimile:   (256) 825-8825

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon the following Attorney of Record in the above styled cause by placing a copy of the same, properly addressed and postage prepaid, in the United States Mail on this the 6th day of June, 2008.

Robert Coleman Black , Jr.
Mr. D. Leale McCall, III
Hill, Hill, Carter,
Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone: (334) 834-7600
Facsimile:  (334) 832-7419

                                          /s/ Jeremy Knowles
                                          Of Counsel