IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CURTIS BAILEY, individually, and ALLISON VINES, individually,** )<br>    Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> **WILLIAM BERT CHAMBERS, III,** individually, and **CARTHAGE MARINE TRANSPORT,** ) ) ) )<br>    Defendants. ) | CASE NO.:  3:07-cv-791 |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The parties have met and discussed settlement.  The parties are of the opinion that a mediation will assist the parties in resolving this case.  Therefore, the parties have agreed to mediate this case during the last week of August.

Respectfully Submitted,


/s/ Jeremy Knowles
JEREMY KNOWLES (KNO016)
Attorney for Plaintiffs

OF COUNSEL:
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone:   (256) 329-2000

Mr. E. Daine Sharpe
E. Daine Sharpe, P.C.
134 North Broadnax Street
Dadeville, Alabama 36853
Telephone:  (256) 825-4631
Facsimile:   (256) 825-8825

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon the following Attorney of Record in the above styled cause by placing a copy of the same, properly addressed and postage prepaid, in the United States Mail on this the <u>30th </u>day of June, 2008.


Robert Coleman Black , Jr.
Mr. D. Leale McCall, III
Hill, Hill, Carter,
Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone: (334) 834-7600
Facsimile:  (334) 832-7419

                                        <u>/s/ Jeremy Knowles</u>
                                        Of Counsel