IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CURTIS BAILEY, individually, and ALLISON VINES, individually, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO.: 3:07-cv-791 |
| WILLIAM BERT CHAMBERS, III, individually, and CARTHAGE MARINE TRANSPORT, ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S FIRST NOTICE OF TAKING THE VIDEO DEPOSITION OF
JESSICIA ARRIOLA**

**TO:**                 Mr. Robert Coleman Black , Jr.
                       Mr. Doy Leale McCall, III
                       Hill, Hill, Carter,
                       Franco, Cole & Black, P.C.
                       Post Office Box 116
                       Montgomery, Alabama 36101-0116

**DEPONENT:**       Jessica Arriola

**DATE:**               Thursday, July 31, 2008
                       2:00 p.m. (E.S.T.)

**PLACE:**
                       West Park Club Apartment Clubhouse

                       JESSICA ARRIOLA

                       150 West Park Drive, Apt 417

                       Athens, GA 30306

                       1-866-919-8014

**RESPONSIBLE FOR THE COURT REPORTER & VIDEOGRAPHER:** Jeremy Knowles

    **PLEASE TAKE NOTICE**   that the Plaintiff's attorney will take the video

deposition of the witness named above on **Thursday, July 31, 2008 beginning at 2:00 p.m. (E.S.T.)  at  WestPark Club Apartments Clubhouse, 150 Westpark Drive, Athens, GA 30606** , upon oral examination pursuant to the *Federal Rules of Civil Procedure*, before an Official Court Reporter or before some other officer duly authorized by law to take depositions.  The oral examination will continue from day to day until completed and you are invited to attend if you desire.  The deposition once taken may be used for any purpose allowable under the *Federal Rules of Civil Procedure* or for any other purpose.

    Respectfully submitted on this the  25th day of July, 2008.

    **MORRIS, HAYNES & HORNSBY**

    /s/ Jeremy Knowles
    JEREMY KNOWLES (KNO016)
    Attorney for Plaintiffs

OF COUNSEL:
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: (256) 329-2000
Facsimile:   (256) 329-2015


Mr. E. Daine Sharpe
E. Daine Sharpe, P.C.
134 North Broadnax Street
Dadeville, Alabama 36853

Telephone: (256) 825-4631

Facsimile:  (256) 825-8825

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all Attorneys of Record in the above styled cause by placing a copy of the same, properly addressed and postage prepaid, in the United States Mail on this the 25th day of July, 2008.

Robert Coleman Black , Jr.

Mr. Doy Leale McCall, III

Hill, Hill, Carter,

Franco, Cole & Black, P.C.

Post Office Box 116

Montgomery, Alabama 36101-0116

/s/ Jeremy Knowles
Of Counsel

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CURTIS BAILEY, individually, and ALLISON VINES, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BERT CHAMBERS, III, individually, and CARTHAGE MARINE TRANSPORT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: 3:07-cv-791<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S FIRST NOTICE OF TAKING THE VIDEO DEPOSITION OF JESSICIA ARRIOLA**

**TO:** Mr. Robert Coleman Black , Jr.
Mr. Doy Leale McCall, III
Hill, Hill, Carter,
Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116

**DEPONENT:** Jessica Arriola

**DATE:** Thursday, July 31, 2008
2:00 p.m. (E.S.T.)

**PLACE:** West Park Club Apartment Clubhouse

JESSICA ARRIOLA

150 West Park Drive, Apt 417

Athens, GA 30306

1-866-919-8014

**RESPONSIBLE FOR THE COURT REPORTER & VIDEOGRAPHER:** Jeremy Knowles

**PLEASE TAKE NOTICE**  that the Plaintiff's attorney will take the video

deposition of the witness named above on **Thursday, July 31, 2008 beginning at 2:00 p.m. (E.S.T.) at WestPark Club Apartments Clubhouse, 150 Westpark Drive, Athens, GA 30606**, upon oral examination pursuant to the *Federal Rules of Civil Procedure*, before an Official Court Reporter or before some other officer duly authorized by law to take depositions. The oral examination will continue from day to day until completed and you are invited to attend if you desire. The deposition once taken may be used for any purpose allowable under the *Federal Rules of Civil Procedure* or for any other purpose.

    Respectfully submitted on this the  25th day of July, 2008.

**MORRIS, HAYNES & HORNSBY**

/s/ Jeremy Knowles
JEREMY KNOWLES (KNO016)
Attorney for Plaintiffs

OF COUNSEL:
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: (256) 329-2000
Facsimile:  (256) 329-2015


Mr. E. Daine Sharpe
E. Daine Sharpe, P.C.
134 North Broadnax Street
Dadeville, Alabama 36853

Telephone: (256) 825-4631

Facsimile:  (256) 825-8825

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all Attorneys of Record in the above styled cause by placing a copy of the same, properly addressed and postage prepaid, in the United States Mail on this the 25<u>th</u> day of July, 2008.

Robert Coleman Black , Jr.

Mr. Doy Leale McCall, III

Hill, Hill, Carter,

Franco, Cole & Black, P.C.

Post Office Box 116

Montgomery, Alabama 36101-0116

/s/ Jeremy Knowles

Of Counsel