IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CURTIS BAILEY,                  )
individually, and               )
ALLISON VINES,                  )
individually,                   )
                                )
    Plaintiffs,                 )
                                )   CIVIL ACTION NO.
    v.                          )    3:07cv791-MHT
                                )        (WO)
WILLIAM BERT CHAMBERS,          )
III, individually, and          )
CARTHAGE MARINE TRANSPORT,      )
a corporation,                  )
                                )
    Defendants.                 )
```

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 25), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 18th day of September, 2008.**

         **/s/ Myron H. Thompson**
         **UNITED STATES DISTRICT JUDGE**